# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

**AMENDED CIVIL MINUTES**

**Date:** October 3, 2022          **Time:** 9:30 – 12:30          **Judge:** MAXINE M. CHESNEY

**Case No.**: 20-cv-06900-MMC     **Case Name:**  Fortinet, Inc. v. Fortanix, Inc.

**Attorney for Plaintiff:** Michael Friedland, Lauren Katzenellenbogen, Holly Gordon
**Attorney for Defendant:** Vivek Jayaram, Palak Patel

**Deputy Clerk:** Tracy Geiger                    **Court Reporter:** Belle Bell

### PROCEEDINGS

Jury Questionnaire Conference – hearing held.

Court Reporter – Belle Ball – Excused at 9:37 a.m. – to be on-call.

Back on Record at 11:17 a.m. with Belle Ball.

Following Jurors Excused for Hardship:

#8, #11, #19, #22, #23, #44, #46, #49, #40.

Off the record: 11:37 a.m.

**Case continued to: October 4, 2022 at 8:30 a.m. – Jury Selection/Jury Trial to Begin**